UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Andersons Inc.,

    Plaintiff,

v.

Sadot LLC, *et al.*,

    Defendants,

and

Wells Fargo Bank, N.A.,

    Garnishee.

Case No. 2:25-cv-1118

Judge Michael H. Watson

Magistrate Judge Vascura

**IN ADMIRALTY**

**ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

The Andersons, Inc. ("Plaintiff") moves for an Order appointing J. Stephen Simms or any other qualified person appointed by him to serve the writs of garnishment and any supplemental process in this matter. ECF No. 6. Pursuant to Federal Rule of Civil Procedure 4(c)(2) and Supplemental Rule B(1)(d)(ii), and it appearing that such appointment will result in substantial economies in time and expense, it is **ORDERED** that J. Stephen Simms or any other qualified person appointed by him who is at least 18 years of age and not a party to this action is appointed to serve the Writs of Garnishment, a copy of the Order for issue of the writ, and the Verified Complaint as issued in this case. The Clerk shall terminate ECF No. 6.

    **IT IS SO ORDERED.**

                                                     */s/ Michael H. Watson*
                                                  **MICHAEL H. WATSON, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**